1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     RUBEN DARIO GARCIA, JR.,                    No.  2:22-cv-1221 TLN KJN P

12                  Plaintiff,

13            v.                                    ORDER

14     A. CHANDRA, et al.,

15                  Defendants.

16

17        Plaintiff elected to amend his complaint in response to the February 2, 2023 screening

18   order, and filed a motion for extension of time to file an amended complaint.[1]  Good cause

19   appearing, IT IS HEREBY ORDERED that:

20        1.  Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

21   _____
     [1]  In addition to complying with the provisions of the February 2, 2023 order, plaintiff is
22   cautioned that claims raised in an amended complaint must be properly joined.  A plaintiff may
     properly assert multiple claims against a single defendant. Fed. Rule Civ. P. 18. In addition, a
23   plaintiff may join multiple defendants in one action where "any right to relief is asserted against
     them jointly, severally, or in the alternative with respect to or arising out of the same transaction,
24   occurrence, or series of transactions and occurrences" and "any question of law or fact common
     to all defendants will arise in the action."  Fed. R. Civ. P. 20(a)(2).  Unrelated claims against
25   different defendants must be pursued in separate lawsuits.  See George v. Smith, 507 F.3d 605,
     607 (7th Cir. 2007).  This rule is intended "not only to prevent the sort of morass [a multiple
26   claim, multiple defendant] suit produce[s], but also to ensure that prisoners pay the required filing
     fees -- for the Prison Litigation Reform Act limits to 3 the number of frivolous suits or appeals
27   that any prisoner may file without prepayment of the required fees. 28 U.S.C. § 1915(g)."
28   George, 507 F.3d at 607.

                                                  1

1       2.  Plaintiff is granted sixty days from the date of this order in which to file an amended

2 complaint.

3 Dated:  March 8, 2023

4

5                                         KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

6

7 /garc1221.36

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28