UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DARIO GARCIA, JR., | No. 2:22-cv-1221 TLN CSK P |
| Plaintiff, | |
| v. | ORDER |
| A. CHANDRA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. In his first amended complaint, plaintiff alleges that defendants A. Chandra, K. Mohr, J. Quiring, J. Charon, and J. Weiss retaliated against plaintiff in violation of the First Amendment, violated plaintiff's Eighth Amendment rights, and conspired to violate plaintiff's constitutional rights, and that defendants Quiring and Weiss violated plaintiff's due process rights. (ECF No. 14.) On April 12, 2024, defendants filed a motion to opt out of the post-screening ADR project. (ECF No. 22.) After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 22) is granted and the ADR stay of this action is lifted; and

/////

2.  Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

Dated: April 19, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/garc1221.opt

2