UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DARIO GARCIA, JR., | No.  2:22-cv-1221 TLN CSK P |
| Plaintiff, | |
| v. | ORDER |
| A. CHANDRA, et al., | |
| Defendants. | |

Plaintiff has filed his third request for an extension of time to file an opposition to defendants' pending motion for summary judgment pursuant to the court's order of December 11, 2025.  Since plaintiff's last extension of time, plaintiff was transferred to a restricted housing unit due to concerns for his safety, during which parts of his legal materials were misplaced.  In addition, plaintiff has no access to law library services and is kept in his cell 24 hours a day. Good cause appearing, the request will be granted.  No further extensions of time will be granted.

In the meantime, the Court requests that counsel for defendants work with the litigation coordinator to help plaintiff gain access to the library.  The Clerk of the Court is directed to send a copy of this order to the litigation coordinator at Kern Valley State Prison.

IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 79) is granted.

///

1

2. Plaintiff is granted sixty days from the date of this order in which to file an opposition to defendants' motion for summary judgment.  No further extensions of time will be granted.

3. The Court requests that counsel for defendants work with the litigation coordinator to help plaintiff gain access to the library.

4. The Clerk of the Court is directed to send a copy of this order to the litigation coordinator at Kern Valley State Prison.

Dated:  February 2, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/garc1221.36thr

2