UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DARIO GARCIA, JR, | No.  2:22-cv-1221 TLN CSK P |
| Plaintiff, | |
| v. | ORDER |
| A. CHANDRA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel.  On May 19, 2026, this Court ordered the parties to file supplemental briefs addressing whether any of plaintiff's claims are barred by the Heck v. Humphrey doctrine.  (ECF No. 84.)  On June 8, 2026, plaintiff filed a request for a 45 day extension of time to file his supplemental brief.  (ECF No. 86.)  However, on June 2, 2026, defendants filed their supplemental brief stating that because plaintiff is serving a sentence of life without the possibility of parole, the loss of good-time credits would have no actual mathematical effect on the duration of plaintiff's sentence, and therefore the Heck v. Humphrey doctrine does not apply.  (ECF No. 85 (citing Ramirez v. Galaza, 334 F.3d 850, 856 (9th Cir. 2003)).)

This Court agrees with defendants.  Because plaintiff is sentenced to life without parole, the disciplinary sanctions imposed on plaintiff would not affect the duration of his sentence, and therefore the Heck v. Humphrey doctrine does not bar plaintiff's claims.  Ramirez, 334 F.3d at

1

856.  Therefore, the Court relieves plaintiff of his obligation to file a supplemental brief, so no extension of time is needed, and his request for extension of time is denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff is relieved of his obligation to file a supplemental brief as required by the May 19, 2026 (ECF No. 84); and

2.  Plaintiff's motion for an extension of time (ECF No. 86) is denied.

Dated:  June 16, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/garc1221.36d

2